✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date | /s/ ERICK L. GUZMAN |
| | Signature |
| | Print Name                    Bar Number |
| | Address |
| | City          State          Zip Code |
| | Phone Number              Fax Number |

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for David Linares

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE LEO S. PAPAS)**

11  UNITED STATES OF AMERICA,        )   Case No. 08MJ2335
                                     )
12              Plaintiff,            )
                                     )
13  v.                               )   **CERTIFICATE OF SERVICE**
                                     )
14  DAVID LINARES,                   )
                                     )
15              Defendant.            )
    _____  )
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov
20

21                                   Respectfully submitted,

22

23  DATED:     August 12, 2008        /s/ Erick L. Guzman
                                     **ERICK L. GUZMAN**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for David Linares
25

26

27

28